Gary W. Osborne (Bar No. 145734)
Dominic S. Nesbitt (Bar No. 146590)
OSBORNE & NESBITT LLP
501 West Broadway, Suite 1760
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
E-mail: gosborne@onlawllp.com

Attorneys for Plaintiffs, KM STRATEGIC MANAGEMENT, LLC
and HEMET COMMUNITY MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KM STRATEGIC MANAGEMENT, LLC, a California limited liability company, and HEMET COMMUNITY MEDICAL GROUP, INC. a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN CASUALTY CO. OF READING, PA, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. 5:15-cv-01869-CAS-(KKx)<br><br>Hon. Christina A. Snyder<br>Courtroom 5<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs KM Strategic Management, LLC and Hemet Community Medical Group, Inc. hereby notify the Court that the parties to the above-captioned action have agreed to a settlement. The parties intend to file a Stipulation of Dismissal within the next 45 days, as soon as their agreed upon preconditions have been satisfied.

DATED: October 3, 2016         OSBORNE & NESBITT LLP


                               By: /s/Gary W. Osborne
                                   Gary W. Osborne
                                   Attorney for Plaintiffs KM STRATEGIC
                                   MANAGEMENT, LLC and HEMET
                                   COMMUNITY MEDICAL GROUP, INC.