**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
501 West Broadway, Suite 1760
San Diego, California  92101
Phone: (619) 557-0343
Fax: (619) 557-0107
E-mail:  gosborne@onlawllp.com

Attorneys for Plaintiffs, KM STRATEGIC MANAGEMENT, LLC
and HEMET COMMUNITY MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| KM STRATEGIC MANAGEMENT, LLC, a California limited liability company, and HEMET COMMUNITY MEDICAL GROUP, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN CASUALTY CO. OF READING, PA, a Pennsylvania corporation,<br><br>Defendant. | CASE NO.  5:15-cv-01869-CAS-(KKx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs KM Strategic Management, LLC ("KM") and Hemet Community Medical Group, Inc. ("HCMG"), and Defendant American Casualty Co. of Reading PA, by and through their respective attorneys of record, hereby jointly agree and stipulate to the dismissal of the above-captioned action *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that each party will bear its own costs, fees, and expenses.  The parties have resolved their dispute by settlement.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: November 17, 2016                     OSBORNE & NESBITT LLP

By: /s/ Gary W. Osborne
Gary W. Osborne
Attorneys for Plaintiffs KM STRATEGIC MANAGEMENT, LLC and HEMET COMMUNITY MEDICAL GROUP, INC.

DATED: November 17, 2016                     BERKES CRANE ROBINSON & SEAL LLP

By: /s/ Steven M. Crane
Attorneys for Defendant AMERICAN CASUALTY CO. OF READING, PA.

I, Gary W. Osborne, declare that I am an attorney licensed to practice before all of the courts in the State of California. I am an attorney of record for Plaintiffs KM and HCMG in the above-captioned insurance coverage litigation. I have been given permission by Mr. Crane to attach his e-signature to this document and file it.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

DATED: November 17, 2016                     OSBORNE & NESBITT LLP

By: /s/ Gary W. Osborne
Gary W. Osborne
Attorneys for Plaintiffs KM STRATEGIC MANAGEMENT, LLC and HEMET COMMUNITY MEDICAL GROUP, INC.